IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR010

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ALBERT EUGENE HARDY, JR., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS CAUSE coming before the undersigned, pursuant to a Motion to Continue (#13) filed herein by the defendant on April 13, 2007, and it appearing to the court that good cause has been shown for the granting of said motion.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the Motion to Continue (#13) be **ALLOWED** and it is further ordered that defendant's counsel contact the office of the Clerk of Court to reschedule the hearing of the defendant's motion (#12) this matter.

Signed: April 24, 2007

Dennis L. Howell
United States Magistrate Judge